0IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ERICSSON INC.<br>6300 Legacy Drive<br>Plano, Texas  75024<br><br>AND<br><br>TELEFONAKTIEBOLAGET LM<br>ERICSSON<br>Torshamsgatan 23, Kista<br>164 83 Stockholm Sweden<br><br>Petitioners,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.<br>Samsung Electronics Building<br>1320-10, Seocho 2-dong<br><br>AND<br><br>SAMSUNG TELECOMMUNICATIONS<br>AMERICA, LLC,<br>1301 East Lookout Drive<br>Richardson, Texas  75082<br><br>Respondents. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Case No. _____ |

**MOTION OF PETITIONERS ERICSSON INC. AND TELEFONAKTIEBOLAGET LM
ERICSSON FOR THE ISSUANCE OF A LETTER OF REQUEST FOR
INTERNATIONAL JUDICIAL ASSISTANCE**

Petitioners Ericsson Inc. and Telefonaktiebolaget LM Ericsson (collectively "Ericsson"),

Respondents in Certain Wireless Communications Equipment and Articles Therein, Investigation

No. 337-TA-866 (hereinafter "ITC investigation") before the U.S. International Trade

Commission ("ITC"), hereby move for the Court to issue, under its seal and signature, the attached Letter of Request on behalf of Ericsson to obtain documents and deposition testimony from the following foreign third party:

European Telecommunications Standard Institute ("ETSI")
650, Route des Lucioles
06921 Sophia-Antipolis Cedex
FRANCE

Administrative Law Judge E. James Gildea has recommended that the United States Court for the District of Columbia issue the Letter of Request for foreign discovery from European Telecommunications Standards Institute because it has information relevant to the alleged invalidity of Samsung's asserted patents in this Investigation.   Specifically, ETSI possesses information regarding the authenticity, publication and availability of certain references ("3GPPP References") relied upon by Ericsson to show that Samsung's patents are invalid.

For the reasons set forth in the attached supporting memorandum of law, Ericsson respectfully requests that the District Court for the District of Columbia issue the attached Letter of Request for International Assistance compelling European Telecommunications Standards Institute's deposition and to produce documents.   Ericsson propounded numerous requests for admission upon Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC (collectively "Samsung") regarding the authenticity, publication, and availability of the 3GPP References in an effort to eliminate issues not reasonably in dispute and to avoid costly and lengthy international discovery. Samsung, however, denied each of Ericsson's requests. Simultaneously, Ericsson engaged in extensive negotiations with ETSI to obtain a declaration regarding the authenticity, publication, and availability of the 3GPP References.   ETSI backed out of the negotiations at the last minute, leaving Ericsson no option but to seek discovery

pursuant to the procedures set forth under the Hague Convention, although fact discovery had already closed.

Despite the close of fact discovery, Ericsson moved in the ITC for the Administrative Law Judge to recommend that this Court issue a letter of request on behalf of Ericsson to obtain discovery from European Telecommunications Standards Institute in France on July 10, 2013, and the Administrative Law Judge granted Ericsson's motion on July 29, 2013. No party filed any response to the motions.

**Dated:** August 2, 2013

Respectfully submitted,

MCKOOL SMITH, P.C.

Brandon Jordan
McKool Smith, P.C.
1999 K Street NW, Suite 600
Washington, D.C. 20006
Tel: (202) 370-8300
Fax: (202) 370-8344
bjordan@mckoolsmith.com

**ATTORNEY FOR PETITIONERS
ERICSSON INC. AND
TELEFONAKTIEBOLAGET LM ERICSSON**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON, | § § § § | Case No. _____ |
| Petitioners, | § § | |
| v. | § § | |
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, | § § § § | |
| Respondents. | | |

**MEMORANDUM OF LAW IN SUPPORT OF PETITIONERS ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON FOR THE ISSUANCE OF A LETTER OF <u>REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE</u>**

Petitioners Ericsson Inc. and Telefonaktiebolaget LM Ericsson (collectively "Ericsson"), Respondents in Certain Wireless Communications Equipment and Articles Therein, Investigation No. 337-TA-866 before the U.S. International Trade Commission ("ITC"), hereby submit this memorandum in support of its motion for this Court to issue, under its seal and signature, the attached a Letter of Request to the appropriate judicial authority of France.

Ericsson is defending itself in the aforementioned ITC investigation involving allegations that Ericsson infringes certain of Samsung's patents.  Ericsson moved in the ITC for the Administrative Law Judge to recommend that this Court issue a letter of request on behalf of Ericsson to obtain discovery from European Telecommunications Standards Institute on July 10, 2013.  No party filed any response to the motion.  On July 29, 2013, Administrative Law Judge E. James Gildea, based on his knowledge of the case, signed an order recommending that the

U.S. District Court for the District of Columbia issue the Letters of Request on behalf of Ericsson.

The Letter of Request, along with the required translation, solicits assistance from the Director of International Affairs of the National Court Administration of France to obtain certain documents and deposition testimony relevant to this Investigation and unobtainable through other means from European Telecommunications Standards Institute for use at the hearing in this Investigation. Ericsson respectfully requests that the Court issue the attached Letter of Request.

The documents attached to this Memorandum include a copy of Judge Gildea's order recommending issuance of the Letters of Request (Exhibit A) along with a copy of each proposed Letter of Request and accompanying translations (Exhibits B-C), as follows:

- Exhibit A: Order No. 36: Granting Respondents' Motion Seeking Recommendation to the District Court for the District of Columbia to Issue Letters of Request (July 29, 2013), signed by Administrative Law Judge E. James Gildea and Secretary to the Commission Lisa R. Barton.

- Exhibit B: PROPOSED Letter of Request to European Telecommunications Standards Institute in English with Attachments A-E (Requests for Production of Documents, Topics for Deposition, Protective Order, Ground Rules, and the Complaint)

- Exhibit C: PROPOSED Letter of Request to European Telecommunications Standards Institute in French with Attachments A-E (Requests for Production of Documents, Topics for Deposition, Protective Order, Ground Rules, and the Complaint)

In support of this Motion, Ericsson respectfully states as follows:

## I.  THE DISTRICT COURT HAS AUTHORITY TO ISSUE LETTERS OF REQUEST UNDER THE HAGUE CONVENTION

The Hague Convention provides that "[i]n civil or commercial matters a judicial authority of a Contracting State may, in accordance with the provision of the law of that State, request the competent authority of another Contracting State, by means of a Letter of Request, to obtain evidence, or to perform some other judicial act." Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, Art. 1, opened for signature, Mar. 18, 1970, 23 U.S.T.

2555 (hereinafter "Hague Convention").   Both the United States and France are parties to the

Hague Convention. The United States ratified the Hague Convention on August 8, 1972, France

on December 14, 2009. *See* Hague Conf. on Private Int'l Law, Status Table: Convention of 18

March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters, *available at*

http://www.hcch.net/index_en.php?act=conventions.status &cid=82 (last visited July 31, 2013).

     The Hague Convention authorizes the District Court for the District of Columbia to issue

the Letter of Request.  *See Société Nationale Industrielle Aérospatiale v. U.S. Dist. Court*, 482

U.S. 522, 535 (1987) (stating that a judicial authority in one contracting state 'may' forward a

letter of request to the competent authority in another contracting state for the purpose of

obtaining evidence"); 28 U.S.C. § 1781(b)(2) (permitting "the transmittal of a letter rogatory or

request directly from a tribunal in the United States to the foreign or international tribunal,

officer, or agency to whom it is addressed and its return in the same manner").   And under the

Hague Convention, evidence can be compelled pursuant to a Letter of Request transmitted

directly from a court in the United States to the Central Authority and addressed to the

appropriate central authority in the official language of that authority.   *See* France Judicial

Assistance, *available at* http://travel.state.gov/law/judicial/judicial_647.html (last visited July 31,

2013).   For European Telecommunications Standards Institute, the appropriate authority is the

central authority of France, namely the Director of International Affairs of the National Court

Administration *available at* http://www.hcch.net/index_en.php?act=authorities.details&aid=500

(last visited July 31, 2013).

     Administrative Law Judges have issued such Requests to the District Court for the

District of Columbia in other investigations.   *See, e.g., Certain Mobile Elec. Devices

Incorporating Haptics*, Inv. No. 337-TA-834, Order No. 14 (Sept. 17, 2012) (issuing a request to

the District Court for the District of Columbia to issue a Letter of Request to Korea); *Certain Elec. Devices with Commc'n Capabilities, Components Thereof, & Related Software*, Inv. No. 337-TA-808, Order No. 14 (May 13, 2012) (issuing a request to the District Court for the District of Columbia to issue a Letter of Request to the United Kingdom); *Certain Wireless Devices with 3G Capabilities & Components Thereof*, Inv. No. 337-TA-800, Order No. 12 (Jan. 5, 2012) (issuing a request to the District Court for the District of Columbia to issue a Letter of Request to Switzerland).

## II.  BACKGROUND

### A.  EUROPEAN TELECOMMUNICATIONS STANDARDS INSTITUTE IS IN POSSESSION OF RELEVANT DOCUMENTS AND INFORMATION IN FRANCE

European Telecommunications Standards Institute has information relevant to the alleged invalidity of Samsung's asserted patents in this Investigation.  Specifically, ETSI possesses information regarding the authenticity, publication and availability of certain references ("3GPPP References") relied upon by Ericsson to sow that Samsung's patents are invalid.

## III.  ARGUMENT:  THE LETTERS OF REQUEST ARE NECESSARY TO OBTAIN THE DOCUMENTS AND INFORMATION FROM EUROPEAN TELECOMMUNICATIONS STANDARDS INSTITUTE AND CONFORM TO THE REQUIRED PROCEDURAL SAFEGUARDS.

The attached Letter of Request should issue for several reasons.  The information sought in the document requests and through the requested deposition is narrowly tailored to obtain relevant information related to the preparation, filing, and prosecution of those foreign applications related to the alleged invalidity of Samsung's asserted patents in this Investigation. Specifically, ETSI possess information regarding the authenticity, publication and availability of certain references ("3GPPP References") relied upon by Ericsson to show that Samsung's

patents are invalid and therefore bear directly on matters at issue in this Investigation.   The requested information, or its substantial equivalent, could not be obtained without undue hardship by alternate means because the knowledgeable witness and documents are in France, which is beyond the Commission's subpoena powers.

Ericsson recognizes that in accordance with Article 23 of the Hague Convention,  France will not execute Letters of Request issued for the purpose of obtaining pre-trial discovery of documents where the Letter of Request (1) requires a person "to state what documents relevant to the proceedings to which the Letter of Request relates are, or have been, in his or her possession, custody or power," or (2) requires a person "to produce any documents other than particular documents specified in the Letter of Request as being documents appearing to the requested court to be, or to be likely to be, in his or her possession, custody or power."   *See* France,         Declaration         2         to         Hague         Convention,         *available*         *at* http://www.hcch.net/index_en.php?act=status.comment&csid=501&disp=resdn (last visited on July 31, 2013).   Consistent with this reservation, the Letter of Request is narrowly tailored to obtain relevant information related to the preparation, filing, and prosecution of those foreign applications related to the alleged invalidity of Samsung's asserted patents in this Investigation. Specifically, ETSI possesses information regarding the authenticity, publication and availability of certain references ("3GPPP References") relied upon by Ericsson to show that Samsung's patents are invalid.    Furthermore,  the  Letter  of  Request  does  not  require  European Telecommunications Standards Institute to indicate which documents are relevant to the Investigation nor do they require European Telecommunications Standards Institute to produce documents other than those requested.  Lastly, the documents produced pursuant to the Letter of Request would be subject to the Protective Order in this Investigation, attached to the Letter of

Request, thereby ensuring that the interests of European Telecommunications Standards Institute are adequately protected.

Ericsson is fully prepared to comply with the procedural requirements involved in obtaining the requested documents and testimony from European Telecommunications Standards Institute through a Letter of Request.  The necessary steps to receive judicial assistance are:

- Obtain a Letter of Request with the signature of a District Court judge and the seal of the District Court, and a copy thereof translated into French.

- The Letter of Request must include the identities of the parties, the nature of the proceedings, the discovery sought, any special procedures, the identity of the party that will bear any costs, and other information as recommended by the Hague Conventions.  *See* Hague Convention, *Model for Letters of Request recommended for use in applying the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters*, *available at* http://www.hcch.net/upload/actform20e.pdf (last visited July 31, 2013).

- Ericsson must transmit the letter to the Central Authority for France, submitted with a French translation, for enforcement in a French court.  The French court will serve the requests on European Telecommunications Standards Institute.

## IV.    CONCLUSION

For the foregoing reasons, Ericsson respectfully requests that this Court execute the proposed letters of request attached hereto as Exhibits 2-3 for transmission to the National Court Administration of France.

**Dated:** August 7, 2013

Respectfully submitted,

**McKool Smith, P.C.**

Brandon Jordan
McKool Smith, P.C.
1999 K Street NW, Suite 600
Washington, D.C. 20006
Tel: (202) 370-8300
Fax: (202) 370-8344
bjordan@mckoolsmith.com

**ATTORNEY FOR PETITIONERS
ERICSSON INC. AND
TELEFONAKTIEBOLAGET LM ERICSSON**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing, filed on this 4th day of August, 2013 with

the Clerk of Court, was served via hand-delivery on the following:

> D. Sean Trainor, Esq.
> KIRKLAND & ELLIS LLP
> 655 Fifteenth Street, N.W.
> Washington, D.C. 20005
> Telephone: (202) 879-5000
> Facsimile: (202) 879-5200

Petitioner's motion for judicial assistance arises from administrative proceedings before the U.S.

International Trade Commission in *Certain Wireless Communications Equipment and Articles*

*Therein*, Investigation No. 337-TA-866, and the above-identified counsel is counsel of record for

Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC, in those

proceedings.

Brandon Jordan
McKool Smith, P.C.
1999 K Street NW, Suite 600
Washington, D.C. 20006
Tel: (202) 370-8300
Fax: (202) 370-8344
bjordan@mckoolsmith.com

**ATTORNEY FOR PETITIONERS**
**ERICSSON INC. AND**
**TELEFONAKTIEBOLAGET LM ERICSSON**